FILED
CLERK, U.S. DISTRICT COURT

MAY 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 12-1082M |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER OF DETENTION** |
| BLAINE KYLE HOPE, | ) [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Defendant. | ) |

The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: (1) his lack of bail resources; (2) unverified background; (3) the instant allegations which indicate that he is not amenable to supervision; and (4) defendant submitted to detention request.

and/or

B.   ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:_____

IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending further revocation proceedings.

Dated: \_\_\_\_May 1\_\_\_\_, 2012.

_____
Fernando M. Olguin
United States Magistrate Judge